**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 297-2029*

August 29, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Cedano Castro v. Delaney Hall Detention Facility, et al.*, No. 26-09134 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from custody at 11:15 p.m. on August 26, 2026.

We thank the Court for its attention to this matter.

In light of Petitioner's release, the Clerk's Office shall close this matter. SO ORDERED.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: August 31, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney General

By: */s Christopher Stratigeas*
CHRISTOPHER STRATIGEAS
Assistant United States Attorney
*Attorneys for the Respondent*

cc: All counsel of record (*via electronic filing*)